UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x   20-cv-0800 (DNH/CFH)

KAYLEAH WHITEHURST, on behalf of herself
and all others similarly situated,

                Plaintiff

                -against-

MONTEREY FINANCIAL SERVICES, LLC
d/b/a MONTEREY COLLECTION SERVICES,

                Defendant

-----------------------------------------------------------------x

                STIPULATION OF VOLUNTARY DISMISSAL

TO THE CLERK OF THE COURT:

    IT IS HEREBY STIPULATED PURSUANT to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that no party named herein is an infant or an incompetent person, notice is hereby given that the above-entitled action shall be, and hereby is, voluntarily dismissed by the Plaintiff, Kayleah Whitehurst, with prejudice as to said Plaintiff, without prejudice to the alleged putative class set forth in the Complaint, and without attorneys fees and/or costs as to any party named herein.

DATED: New York, New York                 ROBERT L. ARLEO, ESQ. P.C.
         October 22, 2020

                                                      By: */s/ Robert L. Arleo*
                                                        ROBERT L. ARLEO, ESQ.
                                                        Attorney for the Plaintiff
                                                         380 Lexington Avenue, 17th Fl.
                                                         New York, New York 10168
                                                         PHONE: (212) 551-1115
                                                         FAX: (518) 751-1801
                                                         robertarleo@gmail.com

DATED: October 22, 2020
        Buffalo, New York

BY: /s/ *Richard M. Sherer, Jr.*
    RICHARD M. SHERER, JR., ESQ.
    LIPPAS MATHIAS WEXLER
    FRIEDMAN, LLP
    Attorneys for the Defendant
    50 Fountain Plaza, Suite 1700
    Buffalo, New York 14202
    Phone: (716) 853-5100
    Fax: (716) 853-5199
    rscherer@lippes.com

SO ORDERED.

_____
DAVID N. HURD
U.S. DISTRICT COURT JUDGE